## Monday, November 4, 1991
## MOTION DOCKET

**91-1494.** State, ex rel. Applegate, v. Weadock. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of respondents' motion for protective order and the motion of Marv Ruppert and Linda Huston, members of the city of St. Marys Civil Service Commission, for expedited protective order to quash deposition subpoenas of city of St. Marys Civil Service Commission members,

IT IS ORDERED by the court that said motions for protective orders be, and the same are hereby, denied, effective October 31, 1991.

HOLMES, WRIGHT and RESNICK, JJ., dissent.

**91-1970.** State, ex rel. Pusey, v. Cronin. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of respondents' motion for extension of time within which to move or answer complaint,

IT IS ORDERED by the court that said motion to move or answer complaint be, and the same is hereby, granted, and time is extended to November 7, 1991.

RESNICK, J., would grant to November 12, 1991.

DOUGLAS, J., dissents.

**91-2061.** State, ex rel. Roode, v. Schieltz. In Quo Warranto. This cause originated in this court on the filing of a complaint for a writ of quo warranto. Upon consideration of respondent's motion for a protective order,

IT IS ORDERED by the court that said motion for a protective order be, and the same is hereby, denied, effective October 31, 1991.

HOLMES, WRIGHT and RESNICK, JJ., dissent.

## Tuesday, November 5, 1991
## MOTION DOCKET

**91-367.** State, ex rel. Margolius, v. Cleveland. In Mandamus. On respondent's request for cancellation of oral argument. Request denied.

## Thursday, November 7, 1991
## MISCELLANEOUS DISMISSALS

**90-2244.** State v. Riley. *Clermont County*, No. CA90-04-032. This cause, here on certification of conflict by the Court of Appeals for Clermont County, was considered in the manner prescribed by law. Upon consideration of appellant's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective November 5, 1991.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**91-1308.** State, ex rel. Vindicator Printing Co., v. Youngstown State Univ. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective November 6, 1991.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.